Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
Phone: 503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**TINA GRASSMYER,**            Case No. 3:20-cv-00086-SI

    Plaintiff,

                                                    ORDER

vs.

**COMMISSIONER,**
of Social Security
**Administration**,

    Defendant.

_____

     Plaintiff prevailed, the parties have stipulated to this fee, and it is therefore ORDERED that Defendant shall pay Plaintiff an attorney fee under the Equal Access to Justice Act in the amount of $7,477.00, pursuant to 28 U.S.C. § 2412. Defendant is further ORDERED to pay the fee directly to Plaintiff's attorney by check made payable to Bruce Brewer and to send the check to him at PO Box 421, West Linn, OR 97068, unless Plaintiff has debt which qualifies for offset against the awarded fees pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has such debt then the check for any remaining funds

ORDER FOR EAJA FEE - 1

after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no costs or expenses to be paid herein.

    Order signed July   21st  , 2021.

                        /s/ Michael H. Simon  
                        The Honorable Michael H. Simon  
                        United States District Court Judge

Prepared by:  
Bruce Brewer  
OSB #925581  
PO Box 421  
West Linn, OR 97068  
503-621-6633

ORDER FOR EAJA FEE - 2